TRULINCS 05711068 - BANKS, FREDERICK H - Unit: FTD-N-C

---

FROM: 05711068
TO: Bc, Erh
SUBJECT: lisa.l.lambert@usdoj.gov
DATE: 05/30/2022 09:39:43 AM

FILED
JUN 13 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

SA22CA0625 FB

fvh,                United States District Court
                    Western District Of Texas

Frederick Banks, individually
and as next friend to Estates
of Deceased Robb Elementary Students,
And relatives and Uvalde Residents;
And Buffalo NY Estates of Deceased victims,
relatives and residents, Petitioner's
        v.                                  Civil No.
Uvalde Mass Shooting at Robb Elementary;
Uvalde County Sheriff's Office;
Mayor, City of Uvalde; Uvalde Country Club;   [CLASS ACTION]
Central Intelligence Agency; Director,
Central Intelligence Agency; United States
Department of Justice; Warden;
Buffalo Mass Shooting;
United States Of America, Respondents.

PETITION FOR A WRIT OF HABEAS CORPUS & MANDAMUS & AUDITA QUERELA
& INJUNCTIVE RELIEF UNDER 28 USC 2241, 2242, 1331, 1651

Petioner's Frederick Banks, an American Indian, individually and as next friend to the Estates of Deceased Robb Elementary Students and relatives and Uvalde Residents, and Buffalo NY Estates of Deceased Mass shooting victims, relatives and residents ("Banks") moves for a Writ of Habeas Corpus, Mandamus, Audita Querela & Injunctive Relief under 28 USC 2241, 2242, 1331, and 1651 and represents as follows;

Petitioners are being held in unlawful restraint and custody by Respondents CIA and its Director in violation of the Laws and Constitution of the United States. To the extent the restraint that Petitioner's suffer does not satisfy the "in custody" requirement Petitioner (hereafter "Banks" or "Petitioner") move the court for a writ of Audita Querela or Mandamus as well as Habeas Corpus. Petitioner's restraint is completely illegal because; The CIA placed Petitioner's in a Telepathic Behavior Modification Program and lodged an illegal FISA Warrant on them which caused their untimely deaths of 19 students and effected Petitioner's lives on a continuous basis and forever changed their lives. The CIA placed the Robb Elementary school shooter and Buffalo Supermarket Shooter in a Telepathic Behavior Modification Program and under an illegal FISA Warrant which caused the mass shooting at Robb Elementary in Uvalde and the mass shooting in Buffalo. To do this the CIA sends a wireless signal via satellite with GPS tracking to a targeted individual. When the CIA signal hits the targeted person they can literally control you as in a video game and collect intelligence directly from the target's mind. The CIA calls this technology "Telepathic Behavior Modification" and "Telepathy Research" see terms and declassified documents at www.foia.cia.gov; Microwave Hearing, Microwave Auditory Effect, and Frey Effect at Google; "Voice of God Weapon" at www.wired.com; Synthetic Telepathy at nbcnews.com; Read the articles of Dr. Robert Duncan, a CIA Scientist who worked on the technology & Dr. John Hall author of Guinea Pigs Technologies of Control at youtube.com; See KMIR 6 TV News Report "Hundreds in the Valley Hearing Voices" https://www.jrn.com/kmir6/news/170055911.html

As to the FISA Warrants there was no valid authorization or order of approval in lodging these Warrants in violation of 50 USC 1801 et seq. The court should order the FISA Disclosed to Petitioner's under 50 USC 1806(f) so they can assist the court in determining the legality of the surveillance. Because Petitioner's are subjected to FISA Warrants and electronic surveillance by Respondents CIA, Director of the CIA, and others they are aggrieved parties under the FISA Act and the court at a bare minimum should view the FISA in camera and issue a on the record order & opinion concerning such.

The US Department of Justice recently launched an investigation into the Mass shooting at Robb Elementary but the USDOJ and its officials at Justice and the FBI are completely aware that the operation was done by the CIA because they have access to the FISA and other documents. The USDOJ, FBI and the President and Vice President as well as The House and Senate Intelligence Committee members are aware of the CIA's illegal program of electronic harassment on US Citizens to cause mass murder though they would never admit it. The FISA will prove otherwise. See 21 Documents the Government Doesn't Want you To Read by Jesse Ventura (citing Federal Document showing that the USA trains agents on how to conduct "fake terrorist attacks" in the United States); Reid v. Mabus, 2015 US Dis LEXIS 143174 (WD Arkansas Oct 9, 2015) (finding that synthetic telepathy is "a valid area of scientific study"); Fulkerson v. Garland, 2022 US Dist LEXIS 2071 (DC Nebraska Jan 5, 2022) (holding the CIA electronic surveillance and FISA Warrant challenges may be brought under 50 USC 1810, 50 USC 1801 et

TRULINCS 05711068 - BANKS, FREDERICK H - Unit: FTD-N-C

---

seq, 1806(f), the Foreign Intelligence Surveillance Act); Taylor v. Conti 20 F.Supp.3d (DC Columbia Jan 31, 2014) (CIA technology "allowed a microwave phone call directly to [the petitioner's] brain" in such a way that the CIA can "collect intelligence from [the petitioner's] surroundings wherever he went"); Foggy v. United States Gov't, 2007 US Dist LEXIS 103230 (DC Idaho May 16, 2007) (Plaintiff alleged that the US government placed "Hollywood voices" inside her head which told her to kill her son). It was the CIA using this program and FISA Warrants that specifically caused the shooters in the incidents in Uvalde Texas at Robb Elementary and in Buffalo New York and recently in California (an Asian mass shooting) to do these acts and nothing more and USDOJ, The FBI and even the President have actual and specific knowledge about the CIA's activities. Coincidently, the CIA in part does this to "make a media cycle" for the purposes of controlling the US and other world populations. See Guinea Pigs (the chapter on Targeted Individuals). The Navy Yard mass shooter Aaron Alexis knew he was under a government program which was harassing him remotely in real time using synthetic telepathy. Alexis made a video before he did the mass shooting. See "Aaron Alexis" video at youtube.com. On youtube the video is broken down into three parts. In Part One Alexis describes in vivid detail the technology he is under and the government harassment which is the CIA. Before he did the shooting Alexis etched on his weapon "This is my E.L.F. weapon". E.L.F. stands for "Extremely Low Frequency" which is the range the CIA remote satellite signal comes in on. Similarly the El Paso, Dayton, Tree of Life (Pittsburgh), Sandy Hook, Columbine and even San Bernardino & Pulse Nightclub mass shootings (and many others) where all a result of the CIA remote technology. The CIA killed all those people by influencing the shooters to commit the acts to make a media cycle to control the population and the FBI, USDOJ and President know exactly what the CIA is doing but are engaged in a cover up. Even Congress and the President at times are controlled by the CIA's technology. It seems that the government may be trying to Federalize school security while simultaneously eroding gun rights. Imagine TSA agents at every school. Because of what the CIA is doing unabated this is where the country is heading.

Other US mass shootings are the result of CIA remote electronic harassment and FISA Warrants. In the Las Vegas mass shooting the shooter opened a West & East window and at first shot at two fuel tanks before he shot up the concert killing 50 or more. Those fuel tanks are owned by Janet Airlines which is a private airline used exclusively by US Intelligence Agencies. The Vegas shooter knew he was in a CIA program and was being harassed in real time by the CIA. With the technology the CIA as in the Voice of God Weapon can simulate schizophrenia. In true mental illness you hear "garbled sounds" not actual voices. When the CIA is doing it through synthetic telepathy you actually understand the voices and what they are telling you to do. The CIA satellite signal though sent on an ELF (Extremely Low Frequency) manifest in a targeted individual (Google and YouTube "Targeted Individuals" for numerous testimonials of targets claiming to be suffering by numerous forms of electronic harassment; and Google "Havana Syndrome") as a high pitched tone. UPMC Presbyterian Hospital records of Banks indicate that the real time tone Banks has is coming in at 2000 Hertz and 35 DBLS. See Exhibit A. This is the CIA Satellite signal and the same technology was used against Petitioner's to influence the shooter to kill them and continue to influence the relatives and residents related and in the physical vicinity of the shootings.

The "Twitter Killing" (See article at usatoda.com) of Roanoke VA TV Reporter Alison Parker and her camera man by shooter Vester Flannigan was also a CIA remote satellite signal program. Flannigan while he was making his escape tweeted "Jehovah told me to act" compare with "Allah Told us to Surrender" at Voice of God Weapon www.wired.com. The CIA's illegal program has been ongoing for 50 years but went into overdrive in 2000 and continues unabated. The FISA should be disclosed around these acts and the FISA Warrants and restraint of Petitioner's lifted.

The unlawful restraint by Respondents violates 50 USC 1801 et seq, Due Process in violation of the 5th and 14th Amendments, and Equal Protection as well as the First Amendment Right to Free Speech and Right to Petition the Government for Redress. In addition the FISA Warrant and CIA program violates the Ninth Amendment and also in violation of Texas Penal Code 42.07 (prohibiting actors from "sending" or "transferring" electronic communications that are intended to harass the recipient.) Petitioners' note that in these mass shootings the loved one who was killed suddenly appears to certain relatives and family members in their dreams shortly after they learn of the deaths. This is part of the CIA program. The CIA has remote technology that is interactive virtual reality and they send in video and audio on the wireless signal to influence and control the dreams of these relatives and family members to the victims. See Girl in A Band by Kim Gibbons (stating that directly after the suicide death of Kurt Cobain she had a dream in which Cobain appeared to her). The CIA using this technology is also killing our stars and causing things such as "slap culture". Slaps by Will Smith and airplane beat downs by Mike Tyson as well as the onstage attack by a fan on a comedian. CIA is using the technology to cause mass protests as well including Black Lives Matter, Hong Kong, George Floyd and other protests worldwide.

Petitioner's are mentally and physically incapacitated due to their recent hardships and layman and cannot bring this action on their own. Banks is the acting agent of the petitioners and has a significant relationship with them because he is similarly situated. As a result he can act as "next friend" in bringing this action. See Morris v. United States 399 F.Supp 720 (ED Va 1975) (holding that an agent may act as "next friend").

Under the US Constitution and pursuant to their respective oaths to uphold the Constitution Respondent's owe the Petitioners a clear legal duty of the right to life, liberty and the pursuit of happiness by placing Petitioner's under the FISA Warrant and using the technology to cause mass murder and other crimes Respondent's violated their duty owed. As a result the court should order Respondents to lift the FISA Warrant and disclose the FISA and perform their legal duties. The court should order Petitioner's compensated under 50 USC 1810 and 50 USC 1809 for these crimes and allow Petitioner's to file Federal Tort Claims to this end. The court should order Respondents to enter into settlement negotiations with Petitioner's as was ordered in

TRULINCS 05711068 - BANKS, FREDERICK H - Unit: FTD-N-C
--------------------------------------------------------------------------------

Sims v. CIA 642 F.2d 562 (DC Cir 1980) (CIA without their knowledge injected unwitting subjects with LSD and killed many. After the Church and Rockefeller Congressional Committees investigated, the claims where settled for as much as $200,000. Dr. Frank Olsen a CIA scientist who worked on Operation MK Ultra (see at Wikipedia) was either pushed out of a window or fell to his death during a meeting with his CIA handler.)

   WHEREFORE, the foregoing Petitions should be granted. The FISA Warrants should be lifted and the FISA disclosed. The court should order injunctive relief lifting and disclosing the FISA around these incidents and on Petitioner's. The Mandamus should be granted ordering Respondents to perform their legal duties and publicly disclosing the existence of the CIA's Telepathic Behavior Modification Program and its use and role in the mass shootings. Petitioner's should be discharged from restraint and custody along with all other requested and warranted relief. Class counsel should be appointed to represent the class, counsel should be appointed and an evidentiary and FISA hearing

TRULINCS 05711068 - BANKS, FREDERICK H - Unit: FTD-N-C

----

FROM: 05711068
TO: Bc, Erh
SUBJECT: lisa.l.lambert@usdoj.gov
DATE: 05/30/2022 09:39:50 AM


fvh, should be held. The Court should grant a temporary restraining order against respondents to enjoin the listed conduct. (Petitioner's note that the satellite signal originated in the Western District of Texas to manifest as it did to influnece the acts in this district. As such the court has jurisdiction over these Petitions).

Respectfully submitted,

Executed on 5/31/2022 under the penalty for perjury.

/s/ Frederick Banks
05711068
FCI Fort Dix
Box 2000
Joint Base MDL, NJ 08640

PETITIONER

HIM PROXY/ABSTRACT
200 LOTHROP STREET
PITTSBURGH PA 15213

Banks, Fred
MRN: 843038163, DOB: 9/10/1967, Sex: M
Visit date: 12/2/2019

Case 5:22-cv-00625-FB   Document 1   Filed 06/13/22   Page 5 of 9

**12/02/2019 - Office Visit in Univ. Ear Nose & Throat Specialists - Eye and Ear Inst. (continued)**

Letters (continued)

I had the pleasure of seeing Fred Banks, on 12/2/2019 in clinic for hearing loss.

**History of Present Illness**
Fred Banks presents today with tinnitus and hearing loss. Reports hearing a contant high pitched humming sound in ears bilaterally. States symptoms began in 2011. Has observed music will mask the sound. Patient is currently an inmate at the Allegheny County jail and was initially seen by a provider in the jail facility. States that he was then referred to AGH ENT and had an audiogram followed by a CT scan (he reports no findings on scan). He is very interested in further treatment for tinnitus and told by AGH that this would necessitate further testing to be provided at this facility.
Confirms that he takes excedrin migraine on occasion, Drinks 1 cup of coffee a day. Patient otherwise denies otalgia, otorrhea, dizziness, vertigo. Denies noise exposure.

**PMH:** HTN
**Medications:** reviewed
**Allergies:** Penicillin
**FH:** no family history of hearing loss
**SH:** Denies tobacco use

12 point ROS negative except for as documented

**Audiogram performed 12/2/2019:**
AD: PTA 10dB   WRS 96%
AS: PTA 22dB   WRS 96%
Tinnitus matched at 2kHz bilaterally

**Assessment:**
Fred Banks presents today with bilateral tinnitus. He has a mild conductive overlay on the left, with normal hearing bilaterally.

**Plan:**
I advised that he use masking strategies for the tinnitus.
He will consider follow up with Audiology for TRT.

TRULINCS 05711068 - BANKS, FREDERICK H - Unit: FTD-N-C

---

FROM: 05711068
TO: 
SUBJECT: RE: RE: correspondence courses
DATE: 05/25/2022 08:16:12 PM

Hi Sarah,

Well this is my theory and I have a lot of evidence to back it up unfortunately. I'm from Pittsburgh and used to live in Squirrel Hill which is where the Tree of Life shooting occurred. I believe I can prove through articles in legitimate sources etc that it is indeed the CIA that is doing the mass shootings, school shootings, vehicle attacks and many other things worldwide to "make a media cycle". For instance I think the recent Texas, Buffalo, and California mass shootings as well as the CA shooting at a Synagogue as well as the Tree of Life, Las Vegas, Pulse Night Club, San Bernardino and others were all done by the CIA. In other words the federal government is doing this but it's a CIA program.

The CIA calls the technology "Telepathic Behavior Modification" and "Telepathy Research" see declassified documents and terms at www.foia.cia.gov. The CIA sends a wireless signal via satellite with GPS tracking to an individual target. When that signal hits you they can involuntarily control you like in a video game, mess with your mind, communicate with you in real time through the mind only and infiltrate your dreams. Again their sole purpose of doing this is to make a media cycle for the purposes of controlling the US and other world populations. The Army and Navy I believe developed the technology and then the CIA got their hands on it. The Army employed it in Operation Dessert Storm see "Voice of God Weapon" at Wired Magazine www.wired.com (Wired interviewed Iraqi troops that fought in Dessert storm and they said that "Allah told us to surrender" Compare WITH The Twitter Killing. Roanoke TV Reporter Alison Parker and her cameraman were gunned down live on TV while Parker was conducting an interview. The killer Vester Flannigan tweeted about it as he was making his escape in a disguise. In one of the tweets he explained why he did it and said "Jehovah Told Me To ACT". Thus, This was the Voice of God Weapon at work. At any rate the wireless signal when it hits you sounds like a high pitched tone. It comes in at 2000 Hertz and 35 DBLS. This is one of the only ways you can tell it's the CIA and not mental illness. Another way is this in true mental illness people don't actually hear "voices" they hear garbled sounds. When the CIA is doing it they actually hear voices and can understand what the voices are telling them to do.

In Pasadena California I believe there was a report on KMIR 6 a local TV station in which "Hundreds of People in the Valley were hearing Voices". In the report the targeted individuals thought it was the Federal Government doing this. The report it at https://www.jrn.com/KMIR6/NEWS/170055911.html

The CIA uses this technology also to cause sudden illness and I believe killed to immigrant children in Texas who were in an immigration center. (I think it was Texas years ago) They were in US Border Patrol Custody when they died. This is the same technology and relates directly to "Havana Syndrome". Havana Syndrome is a mysterious illness that inflicted US Embassy officials in Havana Cuba and Beijing China and here in the USA. It has been in the major media and on CNN and Fox News. There was a report in the Chico Enterprise Times Record ( I think that's the name of the paper) in 1978 in which University of Oregon Researchers at a lab in Oregon suddenly fell ill. The EPA got involved and contacted the FCC because it was a wireless signal that inflicted this illness on the researchers. The FCC told the EPA that the wireless signal originated at a Navy Base in California!! Which is how we know that it was the Government that was doing this. Today it's the CIA Office of Science and Technology (Behavior Modification Unit). See CIA Office of Science and Technology at www.cia.gov.

Since you are in Florida (I have family that used to live in Tampa and I used to go there on vacations every year but now they live in Vegas) I will tell you what I think about some CIA programs there. In the same weekend in Orlando Florida on Friday you had the shooting a runner up singer on The Voice. She was doing a signing of a new album and someone came from out of state and shot her. Her brother tackled the guy. So that was Friday in Orlando. On Saturday it was the Pulse Nightclub mass shooting in Orlando, and then on Sunday there was an alligator attack on a toddler at a Disney Resort. The Pulse Nightclub shooting easily connects to the alligator attack at the Disney Resort because the shooter of the Pulse Nightclub purportedly was going to Disney World before he did Pulse. So Disney was a possible target. With the satellite technology the CIA can control animals and people. See Voice to Skull at Federation of American Scientists www.fas.org (stating that Voice to Skull (another name for the technology) is a silent sound source that can control animals or people and is used in the private sector to keep birds away from airports). Also see Army Removes Voice to Skull Definition at www.wired.com stating that the Army removed a definition of Voice to Skull from its website. At any rate I think all three events in Orlando in the same weekend which was incredible in itself since they all made the national news was the CIA's technology.

Keep in mind there are a lot of people in the CIA's program as real time targets. They are called "Targeted Individuals" so if you Google that you will find testimonials or type that in on youtube.com. The CIA has had this technology for 50 years and has been doing this for a very long time. Even President Putin is being controlled and I think that the CIA controlled the Russia troop movements into Ukraine using this technology. It's all to make the media cycle to control.

Jesse Ventura the former Governor of Minnesota wrote a book called "21 Documents the Government Doesn't Want You To Read". One of the public available documents in that is a federal document that states how the USA can plan fake terrorist attacks. The last thing I will mention in this email is FISA (Foreign Intelligence Surveillance Act) in an 11/7/2016 letter to Ivanka Trump I actually exposed the FISA Warrant on the 2016 Trump Campaign. I had a hunch and turns out I was right. By March

TRULINCS 05711068 - BANKS, FREDERICK H - Unit: FTD-N-C

----------------------------------------------------------------------

2017 President was out in the media claiming that "Obama had a FISA Warrant On me". It came out that Carter Page who was a Trump Campaign staffer and teacher in Russia actually had a FISA Warrant on him. This is what my 11/7/2016 letter to Ivanka exposed! But yeah it's real. Some other names of for the technology that you can Google and look up are "Microwave Auditory Effect", "Microwave Hearing", "Frey Effect".

Last thing. Aaron Alexis is the mass shooter who shot up a Navy Yard in Washington DC I think. Before he did the shooting he recorded a video. The video is on youtube.com but it's in three parts. In part one he describes the technology that is harassing him (some call this "electronic harassment") and on the weapon he used to do the shooting he etched "This is my E.L.F. Weapon". E.L.F. stands for Extremely Low Frequency. The CIA wireless signal is sent to a target on an E.L.F. Wave but when it hits you it manifests as a high pitched tone. Some refer to it as ringing in your ears or tinnitus. The majority of ringing or tinnitus is probably the CIA signal.

I know that this will be a lot for you to digest and look into if you care to. I really want to expose this and have been doing the best I can to expose it since 2012. I found out about this in 2011 and researched it in 2012 and have been exposing it every since. Dr. Robert Duncan, a CIA scientist who worked on the technology is on you tube if you want to watch his interviews and Dr. John Hall, author of Guinea Pigs Technologies of control. He's interviewed on youtube.com also. I think Rand Paul a US Senator would be ideal to get this to. The FBI is in on the cover up as are some judges

Sincerely,

Frederick
-----Institute,etc---- on 5/25/2022 6:21 PM wrote:

>

Please fill me in

FREDERICK H BANKS on 5/25/2022 11:52:00 AM wrote
Do you guys have contacts with members of Congress by chance? I have a theory on something but was wondering what kind of contacts you have. I'm getting released soon btw. What I have to say will blow your mind.

Sincerely,

-Frederick
-----Institute,etc---- on 5/25/2022 11:21 AM wrote:

>

I am definitely aware of that, and I'm so glad you are too!

Best,
~Sarah

FREDERICK H BANKS on 5/24/2022 9:10:50 PM wrote
Nice! Thanks. Keep in mind that when it arrives here it can take some time for me to get it. It's just the system ha ha.

Sincerely,

-Frederick
-----Institute,etc---- on 5/24/2022 8:36 PM wrote:

>

Hi Fredrick,
I changed it to say west even though it doesn't actually matter :)
The course is scheduled for arrival tomorrow.

All the best,
~Sarah

FREDERICK H BANKS on 5/24/2022 5:52:03 PM wrote

TRULINCS 05711068 - BANKS, FREDERICK H - Unit: FTD-N-C

---

FROM: 05711068
TO: Bc, Erh
SUBJECT: brianna.keilar@cnn.com
DATE: 05/27/2022 06:19:34 AM

Hi Bri,

Someone should check with families of the victims of the TX shooting to see if any of them have had strange dreams including being visited by the victims. That's a CIA program the dreams.

the husband Joe who died from a heart attack because of his wife's death was likely the CIA. They can cause a heart attack remotely.

The CIA may seek to have school security federalized with federal security at the schools by at the same time to erode gun rights but again the over all goal I think is to make a media cycle. All of the media reports, national, local and international should be seen as having an underlying CIA influence.

Have a nice weekend and good luck on this. As always any questions feel free to reach out.

-Frederick Banks

TRULINCS 05711068 - BANKS, FREDERICK H - Unit: FTD-N-C

---

FROM: 05711068
TO: Bc, Erh
SUBJECT: brianna.keilar@cnn.com
DATE: 05/29/2022 11:37:19 AM

Bri,

Here are some security tips to secure the schools:

-Students have the option of wearing bullet proof vests and helmets

-classrooms are secured by steel doors with video monitoring so the teacher can see who's outside the door

-windows have electronic locks with a keypad entry

-all doors to the school and classrooms are kept locked

-two-four ballistic shields are kept in every class room

-teachers wear manditory bullet proof vests and have access to helmets.

-teachers may be armed at their discretion

-where possible the school has a panic room that can't be accessed from the outside and is bullet proof

-gas masks for every teacher and student kept at their desk

-teachers have access to smoke bombs and/or tear gas grenades, stun guns and other non-leathel weapons

-video surveillance is set up on all perimeters of the schools

-the federal government should pay for the security of schools that can't afford it.

I think it's imperative that the schools are secured right away because this is going to keep happening. As i said it cannot be stopped because it is the CIA causing it. The only way to stop it is to reign in the CIA by exposing it in the media or the courts nad/or with a court order or congressional law. Since the Judges, Congress and the President likely know it's happening and are in on it as are the FBI it's very hard to do. The only way is for more public outrage and media exposure. But I think the CIA's illegal program has to get converage for the outrage to become so deafening that Congress takes action. Until people realize that the CIA is behind it nothing will change so security is the best option for now.

-Frederick Banks